UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

T.S., by and through his parents and )
guardians, T.M.S. and M.S., individually )
and derivatively on behalf of the Heart )
of CarDon, LLC Employee Benefit Plan, )
                                                          )
                   Plaintiffs,                       )
                                                          )
          v.                                            )          CASE NO. 1:20-cv-01699-TWP-TAB
                                                          )
HEART OF CARDON, LLC, and HEART )
OF CARDON, LLC EMPLOYEE          )
BENEFIT PLAN,                              )
                                                          )
                   Defendants.                     )

## DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS ON COUNT III

Defendants Heart of CarDon, LLC ("CarDon") and Heart of CarDon, LLC Employee Benefit Plan (the "Plan"), by counsel, filed a Motion for Judgment on the Pleadings (ECF No. 22) after the plaintiffs T.S., by and through his parents and guardians, T.M.S. and M.S., individually and (purportedly) on behalf of the Heart of CarDon, LLC Employee Benefit Plan, filed the original complaint (ECF No. 1). That motion is fully briefed. (ECF Nos. 22, 23, 29, 32.) T.S. has since filed the First Amended Complaint (ECF No. 31), which asserts three claims. Two are carryovers from the original complaint and arise under ERISA and the Mental Health Parity and Addiction Equity Act; consequently, the motion for judgment on the pleadings (ECF No. 22) remains live as to the first two claims in the First Amended Complaint.

The defendants separately move for judgment on the pleadings with respect to Count III of the First Amended Complaint, which fails to state an actionable claim under Section 1557 of the Affordable Care Act. The defendants' brief in support of this motion is being filed contemporaneously herewith.

WHEREFORE, the defendants, by counsel, respectfully request that the Court grant them judgment on the pleadings on all three counts of the plaintiffs' First Amended Complaint.

Respectfully submitted,

*/s/ Andrew M. McNeil*
Andrew M. McNeil (#19140-49)
Mark A. Wohlford (#31568-03)
W. James Hamilton (#20155-49)

BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
(317) 684-5000; (317) 684-5173 (Fax)
amcneil@boselaw.com
mwohlford@boselaw.com
jhamilton@boselaw.com

*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2020, a copy of the foregoing "Defendants' Motion for Judgment on the Pleadings on Count III" was filed electronically. Notice of this filing will be served on the following counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Syed Ali Saeed, Esq.<br>Saeed & Little, LLP<br>18 West Vermont Street<br>Indianapolis, IN 46204<br>ali@sllawfirm.com | Toby J. Marshall, Esq.<br>Blythe H. Chandler, Esq.<br>Elizabeth A. Adams, Esq.<br>Terrell Marshall Law Group PLLC936<br>North 34th Street, Suite 300<br>Seattle, WA 98103-8869<br>tmarshall@terrellmarshall.com<br>bchandler@terrellmarshall.com<br>eadams@terrellmarshall.com |
| Eleanor Hamburger, Esq.<br>Sirianni Youtz Spoonemore Hamburger PLLC<br>3101 Western Avenue, Suite 350<br>Seattle, WA 98121<br>ehamburger@sylaw.com | |

/s/ Andrew M. McNeil
Andrew M. McNeil

3943466

3