UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| T.S., by and through his parents and guardians, T.M.S. and M.S., individually and derivatively on behalf of the Heart of CarDon, LLC Employee Benefit Plan,<br><br>        Plaintiffs,<br><br>    v.<br><br>HEART OF CARDON, LLC, and HEART OF CARDON, LLC EMPLOYEE BENEFIT PLAN,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CASE NO. 1:20-cv-01699-TWP-TAB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS ON COUNT III**

The defendants Heart of CarDon, LLC and Heart of CarDon, LLC Employee Benefit Plan ("Defendants"), by counsel, respectfully move the Court for a seven-day extension of time, to and including November 17, 2020, within which to file their reply brief in support of their motion for judgment on the pleadings on Count III.  In support of this motion, Defendants state as follows:

1.      Defendants filed their Motion for Judgment on the Pleadings on Count III and their Brief in Support on October 20, 2020 (ECF Nos. 36, 37).

2.      The plaintiffs filed their Brief in Opposition to Defendants' Second Motion for Judgment on the Pleadings on November 3, 2020 (ECF No. 40).

3.      Pursuant to Local Rule 7-1(c), Defendants' reply brief in support of the motion for judgment on the pleadings on Count III is due November 10, 2020.

4.      Despite due diligence, counsel for Defendants will require additional time to finalize and file their reply.

5.       Defendants therefore respectfully request that the Court extend the time for them to file their reply brief in support of their motion for judgment on the pleadings on Count III for a period of seven days until November 17, 2020.

6.       Counsel for the plaintiffs has been advised of this motion and has no objection to the requested extension of time.

7.       This motion is not interposed for the purpose of delay and is timely filed pursuant to Local Rule 6-1(a)(5).

WHEREFORE, defendants Heart of CarDon, LLC and Heart of CarDon, LLC Employee Benefit Plan, by counsel, respectfully request that the Court enter an order granting them an additional seven-day extension of time to file their reply brief in support of their motion for judgment on the pleadings on Count III until November 17, 2020, and for all other appropriate relief.

Respectfully submitted,

/s/ *Andrew M. McNeil*
Andrew M. McNeil (#19140-49)
Mark A. Wohlford (#31568-03)
W. James Hamilton (#20155-49)

BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
(317) 684-5000; (317) 684-5173 (Fax)
amcneil@boselaw.com
mwohlford@boselaw.com
jhamilton@boselaw.com

*Attorneys for Defendants*

2

CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2020, a copy of the foregoing "Unopposed Motion for Extension of Time to File Reply in Support of Motion for Judgment on the Pleadings on Count III" was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

| | |
|---|---|
| Syed Ali Saeed, Esq.<br>Saeed & Little, LLP<br>18 West Vermont Street<br>Indianapolis, IN 46204<br>ali@sllawfirm.com | Toby J. Marshall, Esq.<br>Blythe H. Chandler, Esq.<br>Elizabeth A. Adams, Esq.<br>Terrell Marshall Law Group PLLC936<br>North 34th Street, Suite 300<br>Seattle, WA 98103-8869<br>tmarshall@terrellmarshall.com<br>bchandler@terrellmarshall.com<br>eadams@terrellmarshall.com |
| Eleanor Hamburger, Esq.<br>Sirianni Youtz Spoonemore Hamburger PLLC<br>3101 Western Avenue, Suite 350<br>Seattle, WA 98121<br>ehamburger@sylaw.com | |

/s/ *Andrew M. McNeil*
Andrew M. McNeil

3958889

3