UNITIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| T.S., by and through his parents and guardians, T.M.S. and M.S., individually and derivatively on behalf of the Heart of CarDon, LLC Employee Benefit Plan,<br><br>    Plaintiff,<br><br>v.<br><br>HEART OF CARDON, LLC and HEART OF CARDON, LLC EMPLOYEE BENEFIT PLAN,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 1:20-cv-01699-TWP-TAB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF ANTICIPATED SETTLEMENT

The defendants, Heart of CarDon, LLC and Heart of CarDon, LLC Employee Benefit Plan, by counsel, pursuant to S.D. Ind. L.R. 7-1(h), respectfully submit this Notice of Anticipated Settlement, and inform the Court that the parties have reached an agreement to settle this case. Once the settlement documents have been finalized and executed, the parties will submit a stipulation of dismissal.

Respectfully submitted,

/s/Andrew M. McNeil
Andrew M. McNeil (#19140-49)
Mark A. Wohlford (#31568-03)
W. James Hamilton (#20155-49)

BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
(317) 684-5000; (317) 684-5173 (Fax)
amcneil@boselaw.com
mwohlford@boselaw.com
jhamilton@boselaw.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2023, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Blythe H. Chandler
Toby J. Marshall
bchandler@terrellmarshall.com
tmarshall@terrellmarshall.com
Terrell Marshall Law Group PLLC

Eleanor Hamburger
ehamburger@sylaw.com
Sirianni Youtz Spponemore Hamburger PLLC

Syed Ali Saeed
ali@sllawfirm.com
Saeed & Little LLP

*Counsel for Plaintiffs*

                                              */s/ Andrew McNeil*
                                              Andrew M. McNeil

4511256