**UNITIED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| T.S., by and through his parents and guardians, T.M.S. and M.S., individually and derivatively on behalf of the Heart of CarDon, LLC Employee Benefit Plan, | ) ) ) ) ) | |
| Plaintiff, | ) | Case No. 1:20-cv-01699-TWP-MG |
| | ) | |
| v. | ) | |
| | ) | |
| HEART OF CARDON, LLC and HEART OF CARDON, LLC EMPLOYEE BENEFIT PLAN, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff, T.S., by and through his parents and guardians, T.M.S. and M.S. ("Plaintiff") and Defendants, Heart of CarDon, LLC and Heart of CarDon, LLC Employee Benefit Plan, respectfully file this Joint Stipulation of Dismissal, and stipulate that the above-captioned cause be dismissed in its entirety, with prejudice, each party bearing its own fees and costs.

Dated: March 6, 2023                    Respectfully submitted,

| | |
|---|---|
| */s/ Blythe H. Chandler  (with consent)* | */s/Andrew M. McNeil* |
| Blythe H. Chandler | Andrew M. McNeil (#19140-49) |
| Toby J. Marshall | Mark A. Wohlford (#31568-03) |
| Terrell Marshall Law Group PLLC | W. James Hamilton (#20155-49) |
| 936 North 34th Street, Suite 300 | BOSE McKINNEY & EVANS LLP |
| Seattle, WA 98103-8869 | 111 Monument Circle, Suite 2700 |
| bchandler@terrellmarshall.com | Indianapolis, IN 46204 |
| tmarshall@terrellmarshall.com | amcneil@boselaw.com |
| | mwohlford@boselaw.com |
| | jhamilton@boselaw.com |
| Eleanor Hamburger | |
| Sirianni Youtz Spponemore Hamburger PLLC | *Counsel for Defendants* |
| 3101 Western Avenue, Suite 350 | |
| Seattle, WA 98121 | |
| ehamburger@sylaw.com | |

| Syed Ali Saeed | |
| Saeed & Little LLP | |
| 133 West Market Street, No. 189 | |
| Indianapolis, IN 46204 | |
| ali@sllawfirm.com | |
| | |
| *Counsel for Plaintiffs* | |

4520420